IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEVON STEWARTS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil No.10-cv-700-DRH
Crim No. 08-cr-30129-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is the Government's Motion to Request Additional Time to File Response (Doc. 3). Specifically, the Government seeks an additional sixty (60) days to file its response to the petition as the Government needs to obtain a transcript of the change of plea hearing and review that transcript in order to file a proper response. Based on the reasons set forth in the motion, the Court **GRANTS** the Government's Motion to Request Additional Time to File a Response (Doc. 3). The Government will have up to and including **January 18, 2011** in which to file a response.

**IT IS SO ORDERED.**

Signed this 4th day of November, 2010.

David R. Herndon
2010.11.04 11:06:44
-05'00'

**Chief Judge**
**United States District Court**