IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEVON STEWARTS,**

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**                                                            **No. 10-700-DRH**

## ORDER

**HERNDON, Chief Judge:**

  Before the Court is Petitioner Stewart's Request for Status of Section 2255 Motion and Motion for Evidentiary Hearing (Doc. 5). Specifically, Petitioner requests that the Court provide him with the current status of his petition as he claims that the Court has not acknowledged the filing of his petition nor has the Court directed the Government to respond. However, the Court notes that Petitioner is incorrect. Petitioner's 2255 petition was filed on September 10, 2010 and this Court directed the Government to respond on October 18, 2010. Since that time, the Government has requested an extension of time in which to file its response and its current extension deadline is January 18, 2011.

  Defendant further requests that an evidentiary hearing be held on this matter. However, given the fact that the Government has not yet responded to the motion, the Court finds that an evidentiary hearing is premature at this time. Once the Government files its Response and the Court has a chance to review both briefs,

it will decide whether an evidentiary hearing is warranted.  At this time, Petitioner's request is premature.  Therefore, the Court **DENIES** Petitioner's request for status of section 2255 motion and motion for evidentiary hearing (Doc. 5).

**IT IS SO ORDERED.**

Signed this 27th day of December, 2010.

David R. Herndon
2010.12.27
16:43:29 -06'00'

**Chief Judge
United States District Court**