## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEVON STEWARTS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                    No. 10-CV-700-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on May 10, 2011, the motion to vacate, set aside or correct sentence is **DENIED** and this case is **DISMISSED** with prejudice.


**NANCY J. ROSENSTENGEL,
CLERK OF COURT**



BY:_____/s/*Sandy Pannier*_____
**Deputy Clerk**

Dated: May 10, 2011

Digitally signed by
David R. Herndon
Date: 2011.05.10
16:33:13 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT